# United States Bankruptcy Court
## Southern District of Ohio

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Mississippi River Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA MRC; DBA NAPCO; DBA North American Paper Company** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **64-0791113** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **150 East Wilson Bridge Road, Suite 250 Columbus, OH** ZIP Code **43085** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **30 Majorca Road Natchez, MS 39120** | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mississippi River Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
      (Name of landlord that obtained judgment)

_____
      (Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Mississippi River Corporation**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Richard K. Stovall**
Signature of Attorney for Debtor(s)

**Richard K. Stovall 0029978**
Printed Name of Attorney for Debtor(s)

**Allen Kuehnle Stovall & Neuman LLP**
Firm Name

**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**

Address

**(614) 221-8500  Fax: (614) 221-5988**
Telephone Number

**February 16, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ronald A. Lisko**
Signature of Authorized Individual

**Ronald A. Lisko**
Printed Name of Authorized Individual

**Executive Vice President**
Title of Authorized Individual

**February 16, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of Ohio

In re **Mississippi River Corporation**

_____
Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>_Name of creditor and complete mailing address including zip code_ | (2)<br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| **Balcones Recycling**<br>**13921 Senlac Drive**<br>**Suite 20**<br>**Farmers Branch, TX 75234** | **Rusty Getter**<br>**Balcones Recycling**<br>**13921 Senlac Drive, Suite 20**<br>**Farmers Branch, TX 75234**<br>**972-481-1400** | **MRC Trade Debt** | | **90,576.41** |
| **Burrows Paper Corp.**<br>**501 West Main Street**<br>**Little Falls, NY 13365** | **Burrows Paper Corp.**<br>**501 West Main Street**<br>**Little Falls, NY 13365**<br>**315-823-2300** | **NAPCO Trade Debt** | | **105,480.06** |
| **Caraustar Recovered Fiber Group**<br>**5000 Austell Powder Springs Rd. #300**<br>**Austell, GA 30106** | **Greg Cottrell**<br>**Caraustar Recovered Fiber Group**<br>**5000 Austell Powder Springs Rd. #300**<br>**Austell, GA 30106**<br>**770-745-3723** | **MRC Trade Debt** | | **219,597.26** |
| **Continental Paper Grading**<br>**1623 South Lumber**<br>**Chicago, IL 60616** | **Marck St. Cyr**<br>**Continental Paper Grading**<br>**1623 South Lumber**<br>**Chicago, IL 60616**<br>**312-450-6568** | **MRC Trade Debt** | | **203,249.89** |
| **Corrugated Services**<br>**855 East Highway 80**<br>**Forney, TX 75126-0847** | **Marty Rusk**<br>**Corrugated Services**<br>**855 East Highway 80**<br>**Forney, TX 75126-0847**<br>**972-686-4564** | **MRC Trade Debt** | | **114,108.77** |
| **Dedicated Logistical Svc., Inc.**<br>**236 Grand Steeple Drive**<br>**Collierville, TN 38017** | **Attn: Gary**<br>**Dedicated Logistical Svc., Inc.**<br>**236 Grand Steeple Drive**<br>**Collierville, TN 38017**<br>**901-861-0600** | **MRC Trade Debt** | | **178,680.00** |
| **Harcros Chemicals**<br>**1496 Highway 150**<br>**Bessemer, AL 35022** | **Rick Wingo**<br>**Harcros Chemicals**<br>**1496 HIghway 150**<br>**Bessemer, AL 35022**<br>**205-424-6126** | **MRC Trade Debt** | | **130,722.96** |

In re   **Mississippi River Corporation**          Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ideal Chemical & Supply Co.**<br>**4025 Air Park Street**<br>**Memphis, TN 38118** | **Tammy Mathis**<br>**Ideal Chemical & Supply Co.**<br>**4025 Air Park Street**<br>**Memphis, TN 38118**<br>**901-375-5566** | **MRC Trade Debt** | | **127,218.35** |
| **International Dioxcide Inc.**<br>**40 White Cap Drive**<br>**North Kingstown, RI 02852** | **Pam Rossi**<br>**International Dioxcide Inc.**<br>**40 White Cap Drive**<br>**North Kingstown, RI 02852**<br>**401-295-3633** | **MRC Trade Debt** | | **126,093.18** |
| **International Paper Company**<br>**6400 Poplar Avenue**<br>**Memphis, TN 38197** | **Damien Bukowy**<br>**International Paper Company**<br>**6400 Poplar Avenue**<br>**Memphis, TN 38197**<br>**901-419-7842** | **MRC Trade Debt** | | **165,509.13** |
| **Kemira Chemicals**<br>**316 Municipal Airport**<br>**Bartow, FL 33830** | **Jo Jaeger**<br>**Kemira Chemicals**<br>**316 Municipal Airport**<br>**Bartow, FL 33830**<br>**678-819-4656** | **MRC Trade Debt** | | **96,732.80** |
| **Medina Paper**<br>**370 Lake Road**<br>**Medina, OH 44256** | **Dan O'Connor**<br>**Medina Paper**<br>**370 Lake Road**<br>**Medina, OH 44256**<br>**330-723-4334** | **MRC Trade Debt** | | **157,120.62** |
| **Mid America Recycling/Greenstar**<br>**552 S. Washington St. #120**<br>**Naperville, IL 60540** | **Cliff Ladzinski**<br>**Mid America Recycling**<br>**552 S. Washington St. #120**<br>**Naperville, IL 60540**<br>**312-546-7775** | **MRC Trade Debt** | | **240,107.62** |
| **Midwest Fibre Sales Corp.**<br>**911 N. Farm Road 123**<br>**Springfield, MO 65802** | **Alan Wilcox**<br>**Midwest Fibre Sales Corp.**<br>**911 N. Farm Road 123**<br>**Springfield, MO 65802**<br>**417-862-1976** | **MRC Trade Debt** | | **214,557.26** |
| **MST Express, Inc.**<br>**125 Snyder**<br>**New Albany, MS 38652** | **MST Express, Inc.**<br>**125 Snyder**<br>**New Albany, MS 38652**<br>**888-577-6786** | **MRC Trade Debt** | | **105,600.00** |
| **R.W. Delaney Construction Co.**<br>**155 River Terminal Road**<br>**Natchez, MS 39120** | **Doug**<br>**R.W. Delaney Construction Co.**<br>**155 River Terminal Road**<br>**Natchez, MS 39120**<br>**601-442-0352** | **MRC Trade Debt** | | **115,976.00** |

In re    **Mississippi River Corporation**                                                    Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Recycling Services Inc.**<br>**2426 Broadway**<br>**Alexandria, LA 71302** | **John Hart**<br>**Recycling Services Inc.**<br>**2426 Broadway**<br>**Alexandria, LA 71302**<br>**318-443-8974** | **MRC Trade Debt** | | **102,268.00** |
| **Rock-Tenn**<br>**504 Thrasher Street**<br>**Norcross, GA 30071** | **Scott Campbell**<br>**Rock-Tenn**<br>**504 Thrasher Street**<br>**Norcross, GA 30071**<br>**678-291-7459** | **MRC Trade Debt** | | **152,529.22** |
| **Total Logistics, Inc.**<br>**125 Riverview Drive**<br>**Richland, MS 39218** | **Total Logistics, Inc.**<br>**P.O. Box 2060**<br>**Jackson, MS 39225**<br>**601-936-2104** | **MRC Trade Debt** | | **172,225.75** |
| **Waste Management**<br>**W 132 B10487 Grant Drive**<br>**Germantown, WI 53022** | **Waste Management**<br>**W 132 B10487 Grant Drive**<br>**Germantown, WI 53022** | **MRC Trade Debt** | | **505,087.32** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Executive Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **February 16, 2010**                      Signature    **/s/ Ronald A. Lisko**
_____                                    _____
                                                              **Ronald A. Lisko**
                                                              **Executive Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Accurate Paper Recycling
5500 E. Giddens Avenue
Tampa, FL 33610

Adam County, Mississippi


Adams County


Adams County Board of Commissioners


Adams County Board of Commissioners
PO Box 1008
Natchez, MS 39121

Advanced Insurance Coverages
C/O Key Agency Inc.
1201 S. McCall Road
Englewood,, FL 34223

Allied Waste
16800 Greenspoint Park Drive
Houston, TX 77060-2304

American Book Exchange
P O Box 345
Sardis, MS 38666

American Fiber Services, LLC
3200 Highlands Parkway
Suite 425
Smyrna, GA 30082

Aqua Doc Pool Clinic
448 Venice Avenue, E
Venice, FL 34285

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T
PO Box 5019
Carol Stream, IL 60197

AT&T
PO Box 105503
Atlanta, GA 30348

AT&T
PO Box 105262
Atlanta, GA 30349

```
AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6462

Balcones Recycling
13921 Senlac Drive
Suite 20
Farmers Branch, TX 75234

Baldwin Transfer Co., Inc.
P.O. Box 2925
Mobile, AL 36652

Battliner
2501 Front Street
Kansas City, MO 64120

Bayou State Transportation
P.O. Box 92328
Sterlington, LA 71280

BFI Houston Sort Center
16800 Greenspoint Park Drive
Houston, TX 77060-2304

Black & Associates Insurance
555 Metro Place N.
Suite 200
Dublin, OH 43017-1305

Bruce Klapman Inc.
2000 Lehigh
Unit C
Glenview, IL 60026

Buckman Laboratories Inc.
P.O. Box 101258
Atlanta, GA 30392-1258

Bunn-O-Matic Corp.
1400 Stevenson Drive
PO Box 3227
Springfield, IL 62708

Burrows Paper Corp.
501 West Main Street
Little Falls, NY 13365

C.H.Robinson Worldwide, Inc.
P.O. Box 9121
Minneapolis, MN 55480

CableOne
107 N. Martin Luther King Street
Natchez, MS 39120
```

Can Am Fibers, Inc.
382 North Main Street
Suite 208
East Longmeadow, MA O1028

Canusa Hershman Recycling Company
9 Business Park Drive
Unit 8
Branford, CT O6405

Capitol Copy
2309 W. Dublin-Granville Road
Worthington, OH 43085

Caraustar Recovered Fiber Group
5000 Austell Powder Springs Rd. #300
Austell, GA 30106

Centennial Wireless
PO Box 9001094
Louisville, KY 40290

Central Paperstock
6665 Jonas Place
St. Louis, MO 63134

Cheer Recycling
P O Box 522
Canton, MS 39046

CIT


City of Westfield
Board of Assessors
City Hall
Westfield, MA O1085

CN
P.O. Box 532013
Atlanta, GA 30353

CN
1290 Central Parkway, W.
9th Floor
Mississauga, ON, Canada L5C 4R3

Comcast Communications
5205 Fruitville Road
Sarasota, FL 34232-2211

Command Transportation
2633 Paysphere Circle
Chicago, IL 60674

Comstar Computer Corp.
275 Oser Avenue
Hauppauge, NY 11788

Continental Paper Grading
1623 South Lumber
Chicago, IL 60616

Cook Paper Recycling
600 Broadway
Kansas City, MO 64105

Corrugated Services
855 East Highway 80
Forney, TX 75126-0847

CSX Transportation
PO Box 44053
Jacksonville, FL 32231-4053

Dastech Intl. Inc.
10 Cutter Mill Road
Great Neck, NY 11021

Dedicated Logistical Svc., Inc.
236 Grand Steeple Drive
Collierville, TN 38017

Diesel Express, Inc.
6341-B HIGHWAY 15
Blue Mountain, MS 38610

Dixie Pulp & Paper
1240 Metropolitan Parkway
Atlanta, GA 30310

Donco Paper Supply Company
2100 Losantiville
Cincinnati, OH 45237

Dun & Bradstreet
3501 Corporate Parkway
P. O. Box 520
Center Valley, PA 18034-0520

Eastwood Carriers, Inc.
61 Union Street,
Suite 5
Westfield, MA O1085

Edgar Online, Inc.
50 Washington Street
Norwalk, CT O6854

Edward Logan


Emberwood Association
c/o Kuntz & Assoc. PLLC
PO Box 4549
Bridgeport, WV 26330-4549

Enbridge Marketing (U.S.) LP
1100 Louisiana, Ste. 3300
Houston, TX 77002

Englewood Water District
201 Selma Avenue
Englewood,, FL 34223-3443

Enlarged Hepzibah P.S.D.
PO Drawer H
Hepzibah, WV 26369

Entergy
Attn: Collections Dept.
417 Pride Drive
Hammond, LA 70401

Evergreen Fiber Sales
6001 W I-20
Suite 208
Arlington, TX 76017

Evonik Degussa Corporation
P.O. Box 905424
Charlotte, NC 28290-5424

Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461

Federal International
7935 Clayton Road
St. Louis, MO 63117

Fiber Vision Paperstock
2438 Highway 98 East
Columbia, MS 39429-8056

Fireproof Records Center
PO Box 1150
Grove City, OH 43123

Flom Corporation
14333 Laurel Bowie Road
Laurel, MD 20708

Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0125

FPL
PO Box 025576
Miami, FL 33102

GP Harmon Recycling LLC
Two Jericho Plaza
Jericho, NY 11753

Graphic Arts Recycling
10355 Spartan Drive
Cincinnati, OH 45215

Graydon Head & Ritchey LLP
Attn: J. Michael Debbeler, Esq.
1900 Fifth Third Center, 511 Walnut St.
Cincinnati, OH 45202

Great River Nissan, LLC
264A D'Evereaux Drive
Natchez, MS 39120

Greenwich Insurance
c/o National Flood Services, Inc.
455 Fairway Drive,
Suite 102
Deerfield Beach, FL 33441

Harborside Transportation
233 Baldwin Road, Suite 201
Suite 201
Carlisle, MA O1741

Harcros Chemicals
1496 Highway 150
Bessemer, AL 35022

Harrison Rural Electrification
RR 6 Box 502
Clarksburg, WV 26301-9584

ICX Corporation


Ideal Chemical & Supply Co.
4025 Air Park Street
Memphis, TN 38118

Illinois

Ink Products
25 Grove Street
Chcopee, MA O1020

Innovative Waste
14801 Scenic Highway
Baton Rouge, LA 70807

insert


Interlake Acquisition Corporation
45 Merritt Street
St. Catharines, ON, Canada L2T 1J4

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

International Dioxcide Inc.
40 White Cap Drive
North Kingstown, RI 02852

International Paper Company
6400 Poplar Avenue
Memphis, TN 38197

International Paper Company
6400 Poplar Avenue
Memphis, TN 38197-0198

Jasmin Electric
97 Knollwood Drive
Westfield, MA O1085

John Kozich, Esq.
Harris McClellan Binau & Cox PLL
37 West Broad Street, Suite 950
Columbus, OH 43215-4159

Kapstone Charleston Kraft, LLC
PO Box 118005
Charleston, SC 29423-8005

Kemira Chemicals
316 Municipal Airport
Bartow, FL 33830

Laser Transit, Ltd.
PO Box 352
19 DeMott Street
Lacona, NY 13083

Lumberport-Shinnston Gas Co.
1 Energy Lane
Lumberport, WV 26386

Lydall Distribution Services
140 Bethany Road
Monson, MA O1057

Marck Industries Inc.
302 W. 2nd Street
Cassville, MO 65625

Marubeni America Corporation
375 Lexington Avenue
New York, NY 10017-5644

Massachusetts Dept. of Revenue
PO Box 7039
Boston, MA 02204-7039

Medina Paper
370 Lake Road
Medina, OH 44256

Mid America Recycling/Greenstar
552 S. Washington St. #120
Naperville, IL 60540

Mid-South Lift Trucks, Inc.
3613 Knight Arnold Road
Memphis, TN 38118

Midwest Fiber Sales
911 N. Farm Road 123
Springfield, MO 65802

Midwest Fibre Sales Corp.
911 N. Farm Road 123
Springfield, MO 65802

Mississippi Recycling Company, LLC
c/o John Kozich, Esq.
37 West Broad Street, Suite 950
Columbus, OH 43215-4159

Mississippi State Tax Commission
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225

MST Express, Inc.
125 Snyder
New Albany, MS 38652

Natchez Railway, LLC
P.O. Box 2641
Salt Lake City, UT 84126

Natchez Railway, LLC
1505 South Redwood Road
Salt Lake City, UT 84104

Natchez Water Works
c/o City of Natchez
124 South Pearl Street
Natchez, MS 39120

National Scale of New England
20 Osborne Terrace
Springfield, MA O1104

Nationwide Freight Systems
2580 Northwest Parkway
Elgin, IL 60124-7865

Newpage Corporation
8540 Gander Creek Drive
Miamisburg, OH 45342

Norfolk Southern Railway
1200 Peachtree Street, NE
Atlanta, GA 30309

Norman G. Jenson, Inc.
3050 Metro Drive
Suite 300
Minneapolis, MN 55425

North American Paper Co.
P O Box 536
Worthington, OH 43085

Northside Recycling
6025 Byassee
Hazelwood, MO 63042

Nostalgic Transport, LLC
3700 North Dirksen Parkway
Springfield, IL 62707

OCE Imagistics
7555 East Hampden Avenue
Suite 200
Denver, CO 80231-4834

Ohio Attorney General
Revenue Recovery/Collection Enforcement
150 E. Gay St., 21st Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn. Law Section Bankruptcy Unit
P.O. Box 15667
Columbus, OH 43215

Ohio Dept. of Job & Family Services
Attn. Revenue Recovery - Litigation Unit
P. O. Box 182404
Columbus, OH 43218-2404

Ohio Dept. of Taxation
Attn. Bankruptcy Division
P. O. Box 530
Columbus, OH 43266-0030

Oneida Warehousing, LLC
15 Garfield Street
PO Box 9
Auburn, ME 13021

Osterman Propane
480 Pleasant Street
.
Lee, MA O1238

Paper Brokers
350 Pfingsten Road
Suite 11
Northbrook, IL 60062

Paper Trading International
9052 Valley Crest Lane
Germantown, TN 38138

Parker Poe
Attn: James Bruce, Esq.
200 Meeting St., Suite 301
Charleston, SC 29401-3156

Parker Poe
Attn: James Bruce, Esq.
200 Meeting Street, Suite 301
Charleston, SC 29401-3156

Pennsylvania, Commonwealth of
Dept. of Revenue, Bureau of Compliance
P. O. Box 280946
Harrisburg, PA 17128-0946

Pitney Bowes Global
2225 American Drive
Neenah, WI 54956-1005

Planet Freight
PO Box 472
Neenah, WI 54957

Poland Spring
6661 Dixie Highway
Suite 4
Louisville, KY 40258

Preferred Transport
145 Col. John Pitchford Parkway
Natchez, MS 39120

Premier Chemicals & Services
4856 Revere Avenue
Baton Rouge, LA 70808

Principal Life Insurance Co.
c/o Cascade II
PO Box 310300
Des Moines, IA 50331-0300

Quachita Fertilizer Co.
P.O. Box 4540
Monroe, LA 71211-4540

Qwest
Customer Service, Dept Coor
6000 Parkwood Place
Dublin, OH 43016

Qwest
Attn: Bankruptcy Dept.
220 North 5th Street
Avoca, WI 53506

R&M Land Investments
5308 South 12th Street
Sheboygan, WI 53081

R.W. Delaney Construction Co.
155 River Terminal Road
Natchez, MS 39120

Radzewicz Exploration & Drill
P. O. BOX 2270, NATCHEZ
Natchez, MS 39121

Radzewicz Exploration & Drill
P. O. BOX 2270
Natchez, MS 39121

Recycling Management Resources
1505 S. Blount Street
Raleigh, NC 27603

Recycling Services
2426 Broadway
Alexandria, LA 71302

Recycling Services Inc.
2426 Broadway
Alexandria, LA 71302

RFD Paper
N 1216 Bob White Drive
Greenville, WI 54942

River Valley Paper Company
6 N 2nd Street
Suite 202
Fernandina Beach, FL 32034

Robert E. Snyder
29 Elizabeth Street
Palmer, MA O1069

Rock-Tenn
504 Thrasher Street
Norcross, GA 30071

Rock-Tenn Fiber Marketing
1635 Chestnut
Chattanooga, TN 37408

Rocky's Hardware
2 Free Street
Westfield, MA O1085

Ron Lisko

Salt City Inc.
163 Union Street
Westfield, MA O1085-2423

Sonoco Recycling
1926 West Gwinnett Street
Savannah, GA 31402

Southwest Paper Sales
PO Box 360
Livingston, AL 35470

Spikes Freight Service, Inc.
PO Box 26764
Birmingham, AL 35260

Staples Credit Plan
Dept 51-7872659627
PO Box 689020
Des Moines, IA 50368-9020

Starkville Recycling
211A C.C. Clark Road
Starkville, MS 39759

State of Ohio
BWC - Law Section Bankruptcy Group
P. O. Box 15567
Columbus, OH 43215-0567

Supplier Finance Company, lLC
c/o James Bruce, Esq.
200 Meeting Street, Suite 301
Charleston, SC 29401-3156

The Mark Apartments
125 Lower Woodville Rd.
Natchez, MS 39120

The Peltz Group
W 132 B10487 Grant Drive
Germantown, WI 53022

Thilmany, LLC
600 Thilmany Road
PO Box 600
Kaukauna, WI 54130

Thornton, Musso & Bellemin Inc.
P.O. Box 181
Zachary, LA 70791

Tiger Shredding & Recycling LL
17431 Jeff Highway
Suite B
Baton Rouge, LA 70817

Tiger Shredding & Recycling LL
17431 Jeff Highway
Suite B
Baton Rouge, LA 70817

Time Warner Cable
1015 Olentangy River Road
Columbus, OH 43212-3148

Time Warner Cable
Attn: Bankruptcy Dept.
507 Rosebud Plaza
Clarksburg, WV 26301-9380

Total Logistics, Inc.
125 Riverview Drive
Richland, MS 39218

Transportation Resources
27-31 Kelly Drive
Buffalo, NY 14227

UNUM Life Insurance
2211 Congress Street
Portland, ME O4122-0001

US Paper Converters, Inc.
4808 West Converters Drive
Appleton, WI 54913-8041

Valley Express, LLC
PO Box 472
Neenah, WI 54957

various lien holders - see UCCs


Verizon
PO Box 3037
Bloomington, IL 61702

Verizon
PO Box 660720
Dallas, TX 75266-0720

Verizon Florida, Inc.
404 Brock Drive
Bloomington, IL 61702

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Vickie L. Potts
Charlotte County Tax Collector
18500 Murdock Circle
Port Charlotte, FL 33948-1075

Wade M. Kozich,Co-Trustee
c/o John Hancock Life Ins. Co.
1 John Hancock Way
Suite 1350
Boston, MA O2217-1350

Warehouse Specialists, Inc.
PO Box 7110
Appleton, WI 54912-7067

Waste Management
W 132 B10487 Grant Drive
Germantown, WI 53022

Waste Management of Massachusetts
4 Technology Drive
Westboro, MA O1581

Westfield Auto Parts
8-12 Birge Avenue
Westfield, MA O1085

Westfield Gas & Electric
100 Elm Street
Westfield, MA O1086-0870

Whitehouse Manufacturing
Route 67 North
Box 339
White Hall, IL 62092

Wisconsin

WM Recycle America, LLC
W 132 B10487 Grant Drive
Germantown, WI 53022