UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : |  |
| MISSISSIPPI RIVER CORPORATION | : | Case No: 10-51480 |
|  | : | Chapter 11 |
| Debtor. | : |  |
|  | : | Judge John E. Hoffman, Jr. |

**STIPULATION FOR EXTENSION OF TIME FOR THE WAYZATA INVESTMENT PARTNERS, LLC TO RESPOND TO DEBTOR'S MOTION FOR AN ORDER (1) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL ITS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES WITH CERTAIN EXCEPTIONS UNDER ASSET PURCHASE AGREEMENT, SUBJECT TO HIGHER AND BETTER OFFERS; (2) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION THEREWITH; (3) APPROVING PROCEDURES FOR AN AUCTION; (4) SCHEDULING AN AUCTION AND HEARING DATE RELATING THERETO; (5) APPROVING BREAK-UP FEE; AND (6) APPROVING THE FORMS OF NOTICE RELATING TO SALE AND BIDDING PROCEDURES
(Related to Doc. Nos. 13 and 22)**

The undersigned hereby stipulate that the deadline for Wayzata Investment Partners, LLC ("Wayzata") to respond to items III, IV, V and VI set forth in the Notice of Sale Motion [Doc. No. 22], related to the Debtor's Motion for an Order (1) Authorizing the Sale of Substantially all its Assets Free and Clear of Liens, Claims, and Encumbrances with Certain Exceptions under Asset Purchase Agreement, Subject to Higher and Better Offers; (2) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; (3) Approving procedures for an auction; (4) Scheduling an Auction and Hearing Date Relating Thereto; (5) Approving Break-up Fee; and (6) Approving the Forms of Notice Relating to Sale and Bidding Procedures (the "Sale Motion") [Doc. No. 13] shall be and hereby is extended until 5:00 p.m. on Friday, March 19, 2010. This Stipulation does not concern items I and II set forth in

the Notice of Sale Motion, for which there is presently no response deadline. Wayzata has not been granted any prior time extensions related to responding to the Sale Motion.

STIPULATED BY:

| | |
|---|---|
| /s/Richard K. Stovall<br>Richard K. Stovall (0029978)<br>Thomas R. Allen (0017513)<br>J. Matthew Fisher (0067192)<br>Daniel J. Hunter (0017536)<br>Allen Kuehnle Stovall & Neuman LLP<br>17 South High Street, Suite 1220<br>Columbus, OH 43215<br>Telephone: 614/221-8500<br>Facsimile: 614/221-5998<br>Email: hunter@aksnlaw.com<br><br>Proposed Counsel for the Debtor and Debtor-in-Possession | /s/Randall D. LaTour<br>Randall D. LaTour (0038511)<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, Ohio 43215<br>Telephone: 614/464-8290<br>Facsimile: 614/719-4821<br>Email: rdlatour@vorys.com<br><br>Attorneys for Wayzata Investment Partners, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of March, 2010, a copy of the foregoing Stipulation for Extension of Time for Wayzata Investment Partners, LLC was served on the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the Court:

Asst. US Trustee (Col)      ustpregion09.cb.ecf@usdoj.gov
Pamela Arndt Rice         Pamela.D.Rice@usdoj.gov
Office of the US Trustee
170 North High Street Suite 200
Columbus, OH 43215

J. Michael Debbeler        mdebbeler@graydon.com
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut St.

Cincinnati, Ohio 45202

Cara R. Hurak churak@graydon.com
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut St.
Cincinnati, Ohio 45202


Mark J. Sheriff msheriff@wileslaw.com
Wiles, Boyle, Burkholder & Bringardner Co., L.P.A.
300 Spruce St., Floor One
Columbus, Ohio 43215

Richard K. Stovall Stovall@aksnlaw.com, duraney@aksnlaw.com;
ashton@aksnlaw.com; six@aksnlaw.com
17 South High Street, Suite 1220
Columbus, OH 43215

Tyson A Crist tcrist@szd.com
Schottenstein, Zox & Dunn Co., LPA
250 West Street
Columbus, OH 43215-7509

Victoria E. Powers vpowers@szd.com
250 West Street
Columbus, OH 43215

And on the following by **ordinary U.S. Mail** addressed to:

Mississippi River Corporation
150 E. Wilson Bridge Road, Suite 250
Columbus, Ohio 43085

        /s/Randall D. LaTour
        Randall D. LaTour